IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAKE MARSHALL,

    Plaintiff,

v.

CIVIL ACTION NO.
1:11-cv-1110-JEC

MELANIE PICKENS, et al.,

    Defendants.

**ORDER**

This case is before the Court on defendant Paula Merritt's Motion to Dismiss [2], plaintiff's Motion to Remand [8], and defendant Melanie Pickens' Motion for Partial Judgment [26].

The first motion to be considered is plaintiff's Motion to Remand [8]. The Court concurs with defendants that plaintiff's motion to remand is without merit and it **DENIES** this motion.

As to defendant Pickens' Motion for Partial Judgment [26], defendant Pickens has moved to dismiss many of plaintiff's state law claims. The Court **DENIES** this motion without prejudice. Defendant Pickens may reassert her contentions in a motion for summary judgment.

As to defendant Merritt's Motion to Dismiss [2], defendant Merritt seeks to dismiss plaintiff's state law claims and federal

claims. As to these federal claims, defendant Merritt seeks to dismiss plaintiff's § 1983 claim asserting a violation of the due process clause and a violation of plaintiff's right to equal protection under the Fourteenth Amendment. As to any federal constitutional claims, plaintiff has effectively abandoned all such claims through plaintiff's response to the motion to remand, in which plaintiff indicates an intention only to claim violations of the Georgia Constitution, not the federal constitution.[1] Accordingly, these potential federal constitutional claims identified by defendant Merritt are **DISMISSED with prejudice.** The Court **DENIES without prejudice** defendant Merritt's motion to dismiss plaintiff's state law claims.

SO ORDERED, this 3rd day of January, 2012.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has likewise disclaimed any intention to assert any claims under federal disability statutes. As defendants have persuasively argued, the only possible disability claims being asserted are necessarily being made under federal disability statutes, as there is no apt Georgia statutory provision that would apply to the factual allegations set out in plaintiff's complaint. Accordingly, the Court concludes that plaintiff's disability discrimination claims are being asserted under the appropriate federal statutes identified by defendants.

2