IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAKE MARSHALL, by and through his Guardian, Conservator, and Next Friend, JUDY MARSHALL, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:11-CV-01110-JEC |
| MELANIE PICKENS, PAULA MERRITT, and FRANCES BOYD, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

For good cause shown, Defendants Melanie Pickens and Paula Merrit's Joint Emergency Motion for Leave to Take in Excess of Ten Depositions and to Clarify Minute Order Regarding Depositions [170] is hereby GRANTED.

Defendants may take a maximum of 21 depositions in this case, including up to 18 depositions of fact witnesses and the three expert witnesses identified by Plaintiff. The parties shall have through and including April 15, 2013 to complete

the depositions of all fact witnesses and expert witnesses.

**SO ORDERED** this 18th day of March, 2013.

/s/ Julie E. Carnes
**JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE**