IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAKE MARSHALL, by and through
his Guardian, Conservator, and
Next Friend, Judy Marshall,

      Plaintiff,

                        CIVIL ACTION NO.

v.                         1:11-cv-1110-JEC

MELANIE PICKENS, et al.,

      Defendants.

## **ORDER**

This case is before the Court on defendant Melanie Pickens' Notice of Dismissal of Criminal Charges and Motion To Continue Stay Pending Outcome of State's Appeal [219] (Filed Under Seal). Defendant Pickens notes that criminal charges against her were dismissed in Fulton Superior Court, but that the State is appealing the dismissal.  Defendant asks that the current stay of this related civil litigation remain in effect until the resolution of the appeal. Defendant further notes that an affirmance of the dismissal based on the ground of educator immunity could substantially narrow the issues in the civil case.  Plaintiff vigorously opposes any further stay of the civil litigation.

The Court directs the plaintiff to list the discovery left to be taken in this case.  Plaintiff shall also respond to defendant

Pickens' assertion that an affirmance of the criminal case dismissal would narrow the issues in this civil case.

Defendant Pickens and the other defendants shall respond by indicating whether they have further discovery left to take, and what that discovery is.  Each defendant shall also indicate the likelihood that the defendant will be filing a motion for summary judgment, and what the likely basis of that motion might be.  As to defendants (other than defendant Pickens) who might be filing a motion for summary judgment, these defendants should indicate whether there is any reason to await defendant Pickens' deposition testimony before filing their own motion for summary judgment. That is, even assuming that defendant Pickens will deny all allegations made by plaintiff, plaintiff will presumably have sufficient evidence to create a disputed issue  of material fact as to Pickens' exact conduct, and therefore any motion for summary judgment by these other defendants will presumably have to assume plaintiff's allegations as to that conduct to be true.

Plaintiff shall file his response by **March 10, 2014.** Defendants shall file their response by **March 24, 2014.**

SO ORDERED this 26th day of February, 2014.

>/s/ Julie E. Carnes
>JULIE E. CARNES
>CHIEF U.S. DISTRICT JUDGE

2