IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAKE MARSHALL, by and through his Guardian, Conservator, and Next Friend, JUDY MARSHALL, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION FILE ) |
| MELANIE PICKENS, PAULA MERRITT, and FRANCES BOYD, | ) NO. 1:11-CV-01110-JEC ) ) |
| Defendants. | ) |

**<u>DEFENDANT BOYD'S RESPONSE TO FEBRUARY 26, 2014, ORDER</u>**

COMES NOW Defendant Frances Boyd, by her undersigned counsel, and files her response to the Court's Order of February 26, 2014 (Doc. 224), showing the following:

Discovery in this case concluded on July 11, 2013. Accordingly, Defendant Boyd responds that there are no further discovery issues.

Defendant Boyd will be filing a motion for summary judgment. The likely bases of the motion will be that Defendant Boyd has qualified immunity as to the claims alleged against her and that plaintiff has failed to meet his burden of proof as to the claims alleged against Defendant Boyd. Defendant Boyd does not require the deposition of Defendant Pickens in order to move for summary judgment.

1

This 24th day of March, 2014.

          **s/ John D. Wales, Esq.**
          Georgia Bar No. 730785
          Attorney for Defendant Boyd
          LAW OFFICES OF JOHN D. WALES
          600 Village Trace, NE, Suite 175
          Marietta, Georgia 30067
          Telephone: (770) 850-2545
          Facsimile: (770) 850-2548
          Email: johndwales@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2014, I electronically filed DEFENDANT BOYD'S RESPONSE TO FEBRUARY 26, 2014, ORDER with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Chris E. Vance
Mary Anne Ackourey
William H. Buechner, Jr.
Brandon Moulard
Deborah Shelles Cameron
Lawrence Brannen Domenico
Neeru Gupta
Barbara M. Heyne
John D. Wales

This 2 4th day of March, 2014.

                                                     **s/ John D. Wales, Esq.**
                                                     Georgia Bar No. 730785
                                                     Attorney for Defendant Boyd
                                                   LAW OFFICES OF JOHN D. WALES
                                                   600 Village Trace, NE, Suite 175
                                                   Marietta, Georgia 30067
                                                   Telephone: (770) 850-2545
                                                   Facsimile: (770) 850-2548
                                                   Email: johndwales@aol.com