```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

JAKE MARSHALL,

      Plaintiff,

                              CIVIL ACTION NO.

v.                            1:11-cv-1110-JEC

MELANIE PICKENS, et al.,

      Defendants.

## ORDER

This case is before the Court on defendant Melanie Pickens' Motion to Continue Stay Pending Outcome of State's Appeal [219].

It is hereby Ordered that defendant Melanie Pickens' Motion to Continue Stay Pending Outcome of State's Appeal [219] is **DENIED**. The parties are **DIRECTED** to file any motions for summary judgment by **August 5, 2014**.

SO ORDERED, this 23rd day of June, 2014.

                                                /s/ Julie E. Carnes
                                                JULIE E. CARNES
                                                CHIEF UNITED STATES DISTRICT JUDGE