IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAKE MARSHALL,<br><br>    Plaintiff,<br><br>v.<br><br>MELANIE PICKENS, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:11-cv-1110-JEC |

**ORDER**

This case is before the Court on plaintiff's Notice of Final Judgment [234]. In that notice, plaintiff requests that, based on the dismissal of the criminal indictment against defendant Pickens on March 14, 2014, this Court issue an expedited order dissolving the Court's previous orders of March 6, 2013 and March 28, 2013. Should defendant Pickens object to the issuance of such an order, she should respond, and show cause why the above orders should not be dissolved, by **Friday, August 8, 2014**.

SO ORDERED this 5th day of AUGUST, 2014.

                                      /s/ Julie E. Carnes
                                      JULIE E. CARNES
                                      CIRCUIT JUDGE, sitting by designation
                                      as District Judge