IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAKE MARSHALL, by and through his Guardian, Conservator, and Next Friend, JUDY MARSHALL, ) ) ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION FILE NO. 1:11-cv-01110-JEC |
| v. ) ) | |
| MELANIE PICKENS, PAULA MERRITT, AND FRANCES BOYD, ) ) ) ) | |
| Defendants. ) | |

**DEFENDANT MELANIE PICKENS'**
**MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Melanie Pickens, a Defendant in the above-referenced case, and pursuant to Fed.R.Civ.P. 56 and Local Rule 56.1, files this, her Motion for Summary Judgment on all claims set forth in Plaintiff's Complaint, there being no genuine issue as to any material facts.

In support of her Motion, Pickens relies on (1) her Statement Of Material Facts As To Which There Exists No Genuine Issue To Be Tried and Memorandum of Law filed simultaneously herewith; (2) the depositions of Judy Marshall, Stephanie Sosebee, Cynthia Noel Eitmann, Stacy White, Amanda Mathis Groover, Judy

Reddick, Judy Massey, Clarenda Denise Baugh, Yasaland King, Stephanie Schuette and Dorothy Pettis, the transcripts of which are attached hereto as Exhibits 1-10 and 16-17 respectively; (3) the documents attached hereto as Exhibits 11-15 and 18-21;[1] and (4) all pleadings filed in this matter.

**WHEREFORE,** Defendant Pickens prays that her Motion for Summary Judgment be granted and that the Court dismiss all of Plaintiff's claims against Defendant Pickens with prejudice.

Respectfully Submitted,

**FREEMAN MATHIS & GARY, LLP**

\s\ Mary Anne Ackourey
Mary Anne Ackourey
Georgia Bar No. 001555
William H. Buechner, Jr.
Georgia Bar No. 086392

100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
T:  770.818.0000
F:  770.937.9960
E:  mackourey@fmglaw.com
    bbuechner@fmglaw.com
1099238

Attorneys for Defendant Pickens

---

[1] Exhibits 11-12 are education records and therefore will be filed under seal pursuant to the Court's October 2, 2012 Order (Doc. 99).

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAKE MARSHALL, by and through his Guardian, Conservator, and Next Friend, JUDY MARSHALL,<br><br>  Plaintiff,<br><br>v.<br><br>MELANIE PICKENS, PAULA MERRITT, AND FRANCES BOYD,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) **CIVIL ACTION FILE**<br>) **NO. 1:11-cv-01110-JEC**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I have this day electronically submitted the foregoing **DEFENDANT MELANIE PICKENS' MOTION FOR SUMMARY JUDGMENT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are as follows:

Chris E. Vance, Esq.
Chris E. Vance, P.C.
2415 Oak Grove Valley Road
Suite 100
Atlanta, Georgia 30345

Matthew H. Patton, Esq.
Kilpatrick Townsend and Stockton, LLP

3

1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309

Lawrence B. Domenico, Esq.
Mozley, Finlayson & Loggins, LLP
One Premier Plaza
Suite 900
5606 Glenridge Drive
Atlanta, Georgia 30342

Neeru Gupta, Esq.
Nelson Mullins Riley & Scarborough LLP
Atlantic Station
201 – 17th Street, N.W., Suite 1700
Atlanta, GA  30363

John D. Wales, Esq.
Law Offices of John D. Wales, P.C.
600 Village Trace
Marietta, GA  30067

This 5th day of August, 2014.

    /s/ Mary Anne Ackourey
    Mary Anne Ackourey
    Georgia Bar No. 001555