## IN THE UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JAKE MARSHALL, by and through his Guardian, Conservator, and Next Friend, JUDY MARSHALL, | ) ) ) ) ) ) |
| Plaintiff, | ) CIVIL ACTION FILE ) NO. 1:11-cv-01110-JEC |
| v. | ) ) ) |
| MELANIE PICKENS, PAULA MERRITT, AND FRANCES BOYD, | ) ) ) ) |
| Defendants. | ) |

### DEFENDANT MELANIE PICKENS' RESPONSE
### TO PLAINTIFF'S NOTICE OF FINAL JUDGMENT

COMES NOW, Melanie Pickens, a Defendant in the above-referenced case, and files this, her response to Plaintiff's Notice of Final Judgment. Although captioned in this manner, Plaintiff's pleading is actually a motion asking the Court to dissolve the protective orders issued on March 6, 2013 and May 28, 2013, to which Pickens strenuously objects.

The 5/28/13 Order, which is essentially a continuation of the 3/6/13 Order, requires that the transcript and video of Pickens' deposition be filed only under seal and that briefs and pleadings referring to her deposition be filed under seal as

well. The 5/28/13 Order provides that it would be lifted after the entry of final judgment in the criminal case regardless of any appeal. Plaintiff argues that the 5/28/13 and 3/6/13 Orders should be dissolved because the court in the criminal case has dismissed the criminal charges against Pickens, even though the State has appealed that ruling.

The 5/28/13 Order, however, was based on the assumption that a jury trial would be conducted, and that any appeal from the judgment entered would be filed by Pickens, because the State cannot appeal a judgment in favor of a criminal defendant except in limited circumstances. However, the criminal case was dismissed on a pre-trial motion on the ground of educator immunity, and it is the State, not Pickens, that is pursuing an appeal.

If the dismissal of the indictment is reversed on appeal, the case will proceed for the first time to a jury trial, and all the reasons for the entry of the 3/6/13 and 5/28/13 Orders will continue to be valid and applicable. Indeed, there was a television news story regarding the coverage case, earlier this week, featuring Plaintiff's counsel and her speculation about that case and this case. Accordingly, the 5/28/13 Order should remain in place until the dismissal of the criminal charges is affirmed on appeal (and all further appeals by the State are exhausted) or alternatively, until after a jury trial on remand.

Plaintiff has failed to present any evidence of harm or prejudice if the 5/28/13 Order remains in place. To the extent that Plaintiff desires to submit Pickens' deposition transcript in responding to Pickens' Motion for Summary Judgment, filing it (or any briefs citing to it) under seal as provided for in the 5/28/13 is not unduly onerous or burdensome on Plaintiff, and Plaintiff has failed to demonstrate otherwise. Moreover, Plaintiff has failed to explain how the continuation of the 5/28/13 Order would prejudice her in the trial in the coverage case.

Based on the foregoing, the Court should deny Plaintiff's request to dissolve the 3/6/13 and 5/28/13 Orders.

Respectfully Submitted,

**FREEMAN MATHIS & GARY, LLP**

\s\ Mary Anne Ackourey
Mary Anne Ackourey
Georgia Bar No. 001555
William H. Buechner, Jr.
Georgia Bar No. 086392

100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
T:  770.818.0000
F:  770.937.9960
E:  mackourey@fmglaw.com
    bbuechner@fmglaw.com

Attorneys for Defendant Pickens

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAKE MARSHALL, by and through his Guardian, Conservator, and Next Friend, JUDY MARSHALL, )<br><br>Plaintiff, )<br><br>v. )<br><br>MELANIE PICKENS, PAULA MERRITT, AND FRANCES BOYD, )<br><br>Defendants. ) | CIVIL ACTION FILE<br>NO.  1:11-cv-01110-JEC |

## CERTIFICATE OF SERVICE

I have this day electronically submitted the foregoing **DEFENDANT MELANIE PICKENS' RESPONSE TO PLAINTIFF'S NOTICE OF FINAL JUDGMENT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are as follows:

Chris E. Vance, Esq.
Chris E. Vance, P.C.
2415 Oak Grove Valley Road
Suite 100
Atlanta, Georgia 30345

Matthew H. Patton, Esq.
Kilpatrick Townsend and Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309

Lawrence B. Domenico, Esq.
Mozley, Finlayson & Loggins, LLP
One Premier Plaza
Suite 900
5606 Glenridge Drive
Atlanta, Georgia 30342

Neeru Gupta, Esq.
Nelson Mullins Riley & Scarborough LLP
Atlantic Station
201 – 17th Street, N.W., Suite 1700
Atlanta, GA  30363

John D. Wales, Esq.
Law Offices of John D. Wales, P.C.
600 Village Trace
Marietta, GA  30067

This 8th day of August, 2014.

                                    /s/ Mary Anne Ackourey
                                    Mary Anne Ackourey
                                    Georgia Bar No. 001555

1100615_1 / 365.44350