IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAKE MARSHALL,<br><br>    Plaintiff,<br><br>v.<br><br>MELANIE PICKENS, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:11-CV-001110-WBH |

**O R D E R**

The Court refers this case to Chief Magistrate Judge Janet F. King for assignment to a magistrate judge for mediation.  The parties are **ORDERED** to contact the magistrate to whom this case is referred within ten (10) days of assignment by Magistrate Judge King.  Each party must bring to mediation an individual with full authority to settle.  This means that each party must bring to the mediation an individual with authority to bind their client to a settlement for the full amount of the demand.  The parties retain the right to a full trial if there is no settlement.

It is **SO ORDERED** this 17th day of November, 2014.

_____
WILLIS B. HUNT, JR.
Judge, U. S. District Court

AO 72A
(Rev.8/82)