IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAKE MARSHALL, by and through his Guardian, Conservator, and Next Friend, JUDY MARSHALL,<br><br>Plaintiff,<br><br>v.<br><br>MELANIE PICKENS, PAULA MERRITT, and FRANCES BOYD,<br><br>Defendants. | CIVIL ACTION FILE<br><br>No. 1:11-cv-1110-TCB |

## ORDER

In 2011, Plaintiff Jake Marshall filed this lawsuit alleging, *inter alia*, that Defendant Melanie Pickens subjected him to physical and sexual abuse while enrolled in a Fulton County School District middle school. The allegations also gave rise to criminal charges against Pickens that were prosecuted in the Superior Court of Fulton County before the Honorable Henry M. Newkirk. In March 2014, Judge Newkirk held that Pickens was immune from criminal prosecution under O.C.G.A. § 20-2-1001, which grants immunity from criminal

liability to educators "for any act or omission concerning, relating to, or resulting from the discipline of any student . . . , provided that the educator acted in good faith." The State appealed.

In December 2014, while the appeal in the criminal matter was still pending before the Georgia Court of Appeals, Marshall's civil case was reassigned to the undersigned. On February 5, 2015, following a failed mediation in January, this Court entered an Order [315] staying and administratively closing this case pending the issuance of a decision from the Georgia Court of Appeals in the criminal appeal. The Court also stayed the briefing schedule on the motions that were pending.

On March 3, 2015, the Court of Appeals affirmed Judge Newkirk's ruling. When that decision came to the Court's attention, the Court reached out to the parties to inquire whether the stay should be lifted. Marshall asks that the stay be lifted and this case move forward. Pickens's counsel pointed out that the State had petitioned the Georgia Supreme Court for a writ of certiorari to review the Court of Appeals's

decision. Pickens asks that the stay remain in place at least until the Georgia Supreme Court makes a decision on the certiorari petition.

The Court has considered both parties' positions and finds that the interests of justice weigh in favor of lifting the stay and reopening this case. When the case was reassigned in December 2014, the criminal appeal was fully briefed and the two-term rule enshrined in Georgia's constitution ensured that a decision would be issued in short order. By contrast, although the Georgia Supreme Court has set a hearing on the petition for certiorari in June 2015, the two-term rule is not applicable to such petitions,[1] nor is there any other deadline by which the Supreme Court must make its decision. The Court cannot ignore the fact that this case was filed in 2011 and has not yet proceeded past the point of summary judgment. Notwithstanding the reasoning set forth in the Court's prior order about the benefits of staying this case pending resolution of the criminal charges against Pickens, the Court believes

---

[1] Only if and when the petition is granted does the case become subject to the two-term rule.

that those benefits are outweighed by the harm to Marshall of further—and indefinite—delays while the certiorari petition runs its course.

Accordingly, the Court hereby lifts the stay and reopens this case. The Clerk is DIRECTED to reactivate the motions to exceed page limits that were pending at docket entries 233, 245, 274, and 289. Those motions are hereby GRANTED. The Clerk is further DIRECTED to reactivate the motions to exclude expert witnesses that were pending at docket entries 248 (Mueller), 249 (Estes), and 250 (Maddox).

Finally, the Clerk is DIRECTED to reactivate the motions for summary judgment that were pending at docket entries 246 (Merrit's motion), 251 (Pickens's motion), and 254 (Boyd's motion). Defendants are ORDERED to file their reply briefs, if any, in support of their motions for summary judgment on or before May 25, 2015. Extensions are unlikely to be granted.

IT IS SO ORDERED this 24th day of April, 2015.

Timothy C. Batten, Sr.
United States District Judge

4